**Order entered October 6, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00612-CV

### LIANG BI, Appellant

### V.

### WZH INFINITE INC. D/B/A M&Y AUTO COLLISION, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01498-B**

### ORDER

The reporter's record is past due. On September 2, 2021, Robin Washington, Official Court Reporter for County Court at Law No. 2, filed a letter stating that no party had requested the reporter's record. Appellant filed a request for the reporter's record on July 27, 2021.[1] Accordingly, we **ORDER** Ms. Washington to file the reporter's record **WITHIN THIRTY DAYS** of the date of this order.

---

[1] The request is viewable on the trial court's website.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms.

Washington and all parties.

/s/ KEN MOLBERG
   JUSTICE